

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joel R. Lambright, Jr., Appellant

No. 06-22-00008-CV      v.

C.R. Wilkerson, Appellee

Appeal from the County Court at Law of Rusk County, Texas (Tr. Ct. No. C21-022). Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.    *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Joel R. Lambright, Jr., pay all costs incurred by reason of this appeal.

RENDERED MAY 3, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk